

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Muriel Goode-Trufant**
*Corporation Counsel*

**Ruth F. Jeannite**
*Assistant Corporation Counsel*
Phone: (212) 356-2695
Email: rjeannit@law.nyc.gov

March 13, 2025

**BY ECF**
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re:  <u>Parrino v. The Department of Education of the City of New York et al.</u>,
             No.: 24-cv-08892 (AMD) (JRC)

Dear Judge Cho,

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the Department of Education of the City of New York ("DOE"), in the above-captioned proceeding. DOE writes to respectfully request an extension of time, from March 17, 2025, to May 16, 2025, to respond to the Complaint. This is the DOE's first time requesting an extension of time to respond to the Complaint, and the requested extension will not affect any other scheduled dates. This Office twice attempted to contact Plaintiff on Monday, March 10, 2025, with respect to this request, but has not yet received a response.

      The requested extension of time is necessary so that this Office may adequately investigate the allegations made in the Complaint and prepare a proper response. Furthermore, he this Office must determine whether the individually named defendants have been properly served, and if those parties are eligible for representation by the Office of the Corporation Counsel. Accordingly, this Office requests that the Court also extend the deadline for the individually named defendants to respond to the Complaint.

      Accordingly, I respectfully request that the court grant an extension of time, from March 17, 2025 to May 16, 2025 for all Defendants to respond to the Complaint.

I thank the Court for its consideration of this matter.

> Respectfully submitted,
>
> /s/ Ruth Jeannite
> Ruth Jeannite
> Assistant Corporation Counsel

cc:
Elizabeth Parrino, *pro se*
(By ECF and First Class Mail)