AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York



Elizabeth Parrino

_____
*Plaintiff(s)*

v.

The Department of Education of the City of New
York; Melissa Aviles-Ramos, Chancellor and
Katherine Rodi, Director of Employee Relations

_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  24-cv-8892-AMD-JRC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**The Department of Education**
**of the City of New York**
65 Court Street
Brooklyn NY 11201

**Melissa Aviles-Ramos, Chancellor**
65 Court Street
Brooklyn NY 11201

**Katherine Rodi, Director of**
**Employee Relations**
65 Court Street
Brooklyn NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Pro se:

**Elizabeth Parrino**
292 Shelter Road,
Ronkonkoma NY 11779

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: **12/30/2024**
_____

_____
*Signature of Clerk or Deputy Clerk*

REC'D IN PRO SE OFFICE
MAR 25 '25 AM 11:56

ORIGINAL

Civil Action No. 24-cv-8892-AMD-JRC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                      *Server's signature*

                                 _____
                                      *Printed name and title*

                                 _____
                                      *Server's address*

Additional information regarding attempted service, etc:

Civil Action No. 24-cv-8892-AMD-JRC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Katherine Rodi, Director of Employee was received by me on *(date)* 2/25/25 . Relations

☐ I personally served the summons on the individual at *(place)* _____
_____ _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Katherine Rodi _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* The Dept of
Education of the City of New York on *(date)* 2/25/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/25/25

_Ginamarie Licata_ /s/ _Ginamarie Licata_
Ginamarie Licata    *Server's signature*

State of: Nevada
Clark County

Ms. Ginamane Licata
*Printed name and title*

Angela Mattox
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 24-5107-01
Expires July 11, 2027

300 East 46th Street, Apt 10E, NY, NY
*Server's address* 10017

Additional information regarding attempted service, etc:

*Angela Mattox* 03/21/2025

Notarized remotely using audio-video communication technology via Proof.

Civil Action No. 24-cv-8892-AMD-JRC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Melissa Aviles-Ramos, Chancellor

was received by me on *(date)* 02/25/25 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Melissa Avile-Ramos , who is

designated by law to accept service of process on behalf of *(name of organization)* The Dept of

Education for the City of New York on *(date)* 02/25/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/25/25

Ginamarie Licata — *Ginamarie Licata*
*Server's signature*

Ms. Ginamane Licata
*Printed name and title*

State of: Nevada
Clark County

Angela Mattox
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 24-5107-01
Expires July 11, 2027

300 east 46th Street, Apt 10E, NY, NY
10017
*Server's address*

Additional information regarding attempted service, etc:

Angela Mattox 03/21/2025

Civil Action No. 24-cv-8892-AMD-JRC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Dept of Education for the City of

was received by me on *(date)* 2|25|2025 . New York

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* The Dept of

Education for the City of New York on *(date)* 2|25|25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2|25|25

State of: Nevada
Clark County

*Ginamarie Licata*                     *Ginamarie Licata*
Ginamarie Licata                          *Server's signature*

Miss Ginamarie Licata
*Printed name and title*

300 east 46th Street Apt 10E, NY, NY, 10017
*Server's address*

Angela Mattox
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 24-5107-01
Expires July 11, 2027

Additional information regarding attempted service, etc:

*Angela Mattox* 03/21/2025

Notarized remotely using audio-video communication technology via Proof.