UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ELIZABETH PARRINO,

                       Plaintiff,                JUDGMENT

      v.

                                  24-CV-8892 (AMD) (JRC)

THE DEPARTMENT OF EDUCATION OF
THE CITY OF NEW YORK, MELISSA
AVILES-RAMOS, Chancellor and
KATHERINE RODI, Director of Employee
Relations,

                      Defendants.
--------------------------------------------------------X

A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been entered on February 13, 2026, granting the defendants' motion to dismiss the plaintiff's federal claims; declining to exercise supplemental jurisdiction over the plaintiff's remaining state and city law claims; and dismissing the complaint with prejudice; it is

ORDERED and ADJUDGED that the defendants' motion to dismiss the plaintiff's federal claims is granted; the Court declines to exercise supplemental jurisdiction over the plaintiff's remaining state and city law claims; and the complaint is dismissed with prejudice.

Dated: Brooklyn, New York                    Brenna B. Mahoney
       February 13, 2026                 Clerk of Court

                                     By:   */s/Jalitza Poveda*
                                         Deputy Clerk