UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------
ELIZABETH PARRINO,

Plaintiff,

-against-

No. 24-cv-08892 (AMD) (JRC)

THE DEPARTMENT OF EDUCATION OF THE CITY OF NEW YORK, MELISSA AVILES- RAMOS, Chancellor and KATHERINE RODI, Director of Employee Relations,

Defendants.

----------------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Assistant Corporation Counsel Shivani R. Damera, dated July 10, 2026, and the exhibits annexed thereto, the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, dated July 10, 2026, and upon all prior pleadings and proceedings held herein, Defendants will move this Court before the Honorable Ann M. Donnelly, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be determined by the Court, for judgment in favor of Defendants pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint, in its entirety, on the grounds that the Amended Complaint is time-barred and fails to state a claim for which relief can be granted, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
July 10, 2026

**STEVEN BANKS**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 2-197
New York, New York 10007
(212) 356-2444

By: /s/ Shivani Damera
Shivani R. Damera
Assistant Corporation Counsel